UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:25-CR-287 SEP |
| | ) | |
| TYRONE MARBLEY, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Defendant's Motion to Continue Trial Date (Doc. [26]). Trial in this matter is currently set for November 3, 2025. Counsel states additional time is needed to prepare for trial or in the alternative, discuss the proposed plea agreement with the Defendant. The Government does not oppose Defendant's motion and Defendant has filed an executed Waiver of Speedy Trial (Doc. [25]).

For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [26]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **December 8, 2025, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between November 3, 2025, and December 8, 2025, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 15th day of October, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE